MORGAN NICOLE MCRANEY
514 SUGAR RIDGE RD
NEWHEBRON, MS 39140

THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236

ADVANCE AMERICA
PO BOX 30585
SALT LAKE CITY, UT 84130

AFFIRM, INC.
ATTN: BANKRUPTCY
650 CALIFORNIA ST
FL 12
SAN FRANCISCO, CA 94108

AFTERPAY
222 KEARNY ST #600
SAN FRANCISCO, CA 94103

BLUE FROG LOANS
P.O. BOX 725
FENTON, MO 63026

BRIGIT
838 AVENUE OF THE AM
NEW YORK, NY 10001-4194

CAPITAL ONE
ATTN: BANKRUPTCY
PO BOX 30285
SALT LAKE CITY, UT 84130

CASHAPP
1955 BROADWAY, SUITE 6
OAKLAND, CA 94612

CASHNET USA
175 W JACKSON
STE 1000
CHICAGO, IL 60604

CCBANK/NETCREDIT
175 W JACKSON BLVD
CHICAGO, IL 60604

CLEO
99 WALL STREET #576
NEW YORK, NY 10005

COMENITY BANK
PO BOX 182125
COLUMBUS, OH 43218

CREDIT NINJA
27 N WACKER DR
#404
CHICAGO, IL 60606

CREDIT ONE BANK
6801 CIMARRON RD
LAS VEGAS, NV 89113

DAVE
265 S COCHRAN AVE
LOS ANGELES, CA 90019

JEAN PHILIPPE COOK II
278 SUGAR RIDGE RD
NEWHEBRON, MS 39140

KLARNA
PO BOX 8116
COLUMBUS, OH 43201

PAYPAL
P.O. BOX 105658
ATLANTA, GA 30348-5658

POSSIBLE FINANCE
PO BOX 98686
LAS VEGAS, NV 89193

REGIONAL FIN
ATTN: BANKRUPTCY
979 BATEVILLE RD STE B
GEER, SC 29651

REGIONS
PO BOX 1984
BIRMINGHAM, AL 35201

SIMPLE FAST LOANS INC
8601 DUNWOODY PLACE
STE 406
ATLANTA, GA 30350

SPEEDY CASH
3611 N. RIDGE RD.
WICHITA, KS 67205

SPOT LOANS
PO BOX 720
BELCOURT, ND 58316

TOWER LOAN
ATTN: BANKRUPTCY
PO BOX 320001
FLOWOOD, MS 39232

TOYOTA FINANCIAL
ATTN: BANKRUPTCY
PO BOX 22171
TEMPE, AZ 85285

UPROVA CREDIT
635 HWY 20 V
UPPER LAKE, CA 95485